either party. All concur, except Sawyer, J., who dissents and votes for reversal and for granting a new trial on the ground of the misconduct of the juror, Foster. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

CARRIE ELIZABETH WAGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $20,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Sawyer, J., who dissents and votes for reversal and for granting a new trial on the ground of the misconduct of the juror, Foster. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

GRACE E. FINSTER, Respondent, v. JOSEPH M. KIEFFER, as Executor, etc., of GEORGE HOFFMAN, Deceased, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

HERBERT R. TAYLOR, Appellant, v. MARION T. BOHACKET and Another, as Administrators, etc., of ZACHARY P. TAYLOR, Deceased, Appellants. FRANK SHEPARD COMPANY, Respondent.— Interlocutory judgment affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

EDWARD LAWLER, Respondent, v. ROCHESTER TAXICAB COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

HAROLD FINLAYSON, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Sears, J., who dissents and votes for reversal on the law upon the ground that error was committed in the admission of conversations between the plaintiff and Messrs. Jacobs and Jenkins. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

THOMAS J. McDERMOTT, Respondent, v. ROSSNEY CONTRACTING CORPORATION, Appellant.— Judgment modified by allowing certain interest claimed by defendant on two items and as so modified affirmed, without costs of this appeal to either party. Certain findings of fact and one conclusion of law modified. All concur. Present — Clark, Crouch, Taylor, Sawyer and Edgcomb, JJ. [131 Misc. 759.]

DONATO MECCA and Another, Respondents, v. FRANK GEORGE and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Clark, Crouch, Taylor, Sawyer and Edgcomb, JJ.

MINNIE J. FULLER, as Administratrix, etc., of JAMES HENRY FULLER, Deceased, Respondent, v. WILLIAM SIERADZKI, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Clark, Crouch, Taylor, Sawyer and Edgcomb, JJ.

WARNOCK & ZAHRNDT, INCORPORATED, Appellant, v. CHARLES F. WRAY and Others, Constituting the Board of Education of the City of Rochester, and Others, Respondents.— Order affirmed, with costs. All concur. Present — Clark, Crouch, Taylor, Sawyer and Edgcomb, JJ.

HENRY WARNOCK, Appellant, v. CHARLES F. WRAY and Others, Constituting the Board of Education of the City of Rochester, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Clark, Crouch, Taylor, Sawyer and Edgcomb, JJ.